IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE FRANK WRIGHT, JR., <br><br> Plaintiff <br> VS. <br><br> THERON HARRISON, *et al.*, <br><br> Defendants | NO. 5:10-CV-184 (MTT) <br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

# RECOMMENDATION

Before the court is plaintiff Willie Frank Wright, Jr's motion seeking a protective order. Tab #9. Therein, citing dissatisfaction with the officials at Baldwin County Jail, the plaintiff requests injunctive relief in the form of being "detained at another County Jail until I get a bond or a plea can be made." Upon a review of the record in this case, the undersigned notes that the plaintiff is no longer incarcerated at the Baldwin County Jail. A prisoner's claim for declaratory and injunctive relief is mooted by his transfer or release from the facility about which he complains. *Zatler v. Wainwright*, 802 F.2d 397, 399 (11th Cir.1986); *McKinnon v. Talladega County, Alabama*, 745 F.2d 1360 (11th Cir.1984). Accordingly, it is **RECOMMENDED** that the plaintiff's motion seeking a protective order be **DENIED** as **moot**.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

The Clerk is directed to serve plaintiff at the **LAST ADDRESS** provided by him.

**SO RECOMMENDED,** this 5th day of OCTOBER, 2010.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE