**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **WILLIE FRANK WRIGHT, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:10-CV-184(MTT)** |
| | ) | |
| **THERON HARRISON, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

This matter is before the Court on the Recommendation (Doc. 19) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge recommends denying the Plaintiff's Motion for Protective Order (Doc. 9), in which the Plaintiff seeks a transfer from Baldwin County Jail. After reviewing the record in this case, the Magistrate Judge noted that the Plaintiff is no longer incarcerated at Baldwin County Jail, and because a prisoner's claim for declaratory or injunctive relief is mooted by his transfer or release from the facility about which he complains, the Magistrate Judge recommended that the Plaintiff's motion be denied as moot. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's Motion for Protective Order (Doc. 9) is **DENIED** as <u>**moot**</u>.

**SO ORDERED**, this 28th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT