IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE FRANK WRIGHT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-184(MTT) |
| ) | |
| THERON HARRISON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 28). The Magistrate Judge recommends granting the Defendants' Motions for Summary Judgment[1] (Docs. 20 and 22) because the Plaintiff's allegations do not contain sufficient factual matter to establish a plausible claim under the Eighth or Fourteenth Amendment. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motions are **granted**, and the Plaintiff's claims are **dismissed with prejudice**.

**SO ORDERED,** this 5th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Magistrate Judge construed both Motions for Summary Judgment as Motions to Dismiss, in part, because the Defendants argue that the claims against them should be dismissed on account of the Plaintiff's failure to adequately state a claim upon which relief may be granted.